# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| MAC MEDICAL TECHNOLOGIES, INC., ) | |
| ) | Case No. 05 B 09996 |
| Debtor(s). ) | |

### ORDER COMBINED WITH NOTICE OF STATUS HEARING

PLEASE TAKE NOTICE that the Court will hold a status hearing in the above-captioned case on February 21, 2008 at 10:30 a.m. in Courtroom 742, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

The case trustee, Andrew J. Maxwell, or trustee's counsel is directed to appear at this hearing.

☒ The trustee shall report as to the status of this case.

☒ A representative of the United States Trustee's office is to appear in this matter.

ENTER:

_____
Judge

Dated: Jan. 16, 2008