FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| | |
|---|---|
| Case No: 05-09996 CAD Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: MAC MEDICAL TECHNOLOGIES INC | Date Filed (f) or Converted (c): 03/19/05 (f) |
| | 341(a) Meeting Date: 04/26/05 |
| For Period Ending: 12/31/08 | Claims Bar Date: |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCT<br>  AMERICAN CHARTERED CHICAGO | 50.00 | 0.00 | | 0.00 | 0.00 |
| 2. A/R | 520.27 | 0.00 | | 0.00 | 0.00 |
| 3. CONTINGENT CLAIM/RUSH PRESBY | 100,000.00 | Unknown | | 0.00 | Unknown |
| 4. 3P COMPLAINT/OMEGA MEDICAL IMAGING | 100,000.00 | Unknown | | 0.00 | Unknown |
| 5. OFFICE FURNITURE<br>  DESKS, CHAIRS, AND OTHER OFFICE FURNITURE | 2,000.00 | Unknown | | 0.00 | Unknown |
| 6. OFFICE EQUIPMENT | 14,000.00 | Unknown | | 0.00 | Unknown |
| 7. PC-800 M COMPUTER, WORKSTATION 800MHZ | 1,316.00 | Unknown | | 0.00 | Unknown |
| 8. INVENTORY | 104,356.19 | Unknown | | 0.00 | Unknown |
| TOTALS (Excluding Unknown Values) | $322,242.46 | $0.00 | | $0.00 | **Gross Value of Remaining Assets** $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-INVESTIGATE LITIGATION, POSSIBLE ALTER EGO THEORIES AND OTHER LITIGATION

Initial Projected Date of Final Report (TFR): 12/30/06    Current Projected Date of Final Report (TFR): 12/31/09

LFORM1

Ver: 14.30d