UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
MAC MEDICAL TECHNOLOGIES, INC. §    Case No. 05-09996
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE U.S. BANKR. CT
   219 S. DEARBORN STREET
   7TH FLOOR
   CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/29/2011 in Courtroom 742,
   United States Courthouse
   219 South Dearborn
   Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/24/2011          By: /s/ Andrew J. Maxwell
                                          Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MAC MEDICAL TECHNOLOGIES, INC. §    Case No. 05-09996
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 33,001.33 |
| and approved disbursements of | $ | 11,000.00 |
| leaving a balance on hand of[1] | $ | 22,001.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 4,050.13 | $ 0.00 | $ 4,050.13 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 12,066.50 | $ 0.00 | $ 12,066.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 33.92 | $ 0.00 | $ 33.92 |
| Accountant for Trustee Fees: POPOWCER KATTEN, LTD. | $ 945.00 | $ 0.00 | $ 945.00 |
| Other: TORSHEN SLOBIG GENDEN | $ 313.20 | $ 0.00 | $ 313.20 |

Total to be paid for chapter 7 administrative expenses    $    17,408.75
Remaining Balance    $    4,592.58

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,162.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | JOEL C ZIMMERMAN & ASSOC LTD | $ 8,162.74 | $ 0.00 | $ 1,130.43 |
| 000002 | Duane Morris, LLP | $ 25,000.00 | $ 0.00 | $ 3,462.15 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,592.58 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

             Prepared By: /s/Andrew J. Maxwell
                            Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 05-09996-CAD
Mac Medical Technologies, Inc.                                          Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dpruitt          Page 1 of 1           Date Rcvd: Aug 26, 2011
                              Form ID: pdf006        Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2011.
db            Mac Medical Technologies, Inc.,    651 W. 41st Street,    Chicago, IL 60609
aty          +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
aty          +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
aty          +James H Hall, Jr,    JHH Ltd.,    4746 W. Bryn Mawr Ave.,    Chicago, IL 60646-6634
aty          +Maxwell Law Group LLC,    105  West Adams Suite 3200,    Chicago, IL 60603-6209
aty          +Nicole A Elipas,    Maxwell Law Group, LLC,    105 W. Adams St., Suite 3200,
               Chicago, IL 60603-6209
aty          +Vikram R Barad,    Maxwell Law Group, LLC,    105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
aty          +Zoran Dragutinovich,    Torshen, Slobig, Genden, Dragutinovich,    105 W. Adams Street,
               Suite 3200,   Chicago, IL 60603-6209
tr           +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
12129975     +Duane Morris, LLP,    c/o Rush University Medical Center,    190 S LaSalle Street, #3700,
               Chicago, IL 60603-3433,    Attn: Rosanne Ciambrone
9064742      +George Radakovich,    7452 E. Odessa Circle,    Mesa, AZ 85207-0919
9064743       Joel Zimmerman,    2024 Hicking Road,    Suite 205,   Homewood, IL 60430
9064744      +Mac Medical Supply Co., Inc.,    700 W. 41st Street,    Chicago, IL 60609-2601
9064745      +Ostrow Reisin Berk Abrams,    455 N. Cityfront Plaza Dr.,    Suite 2600,    Chicago, IL 60611-5379
9064746      +Prucka Engineering, Inc.,    P.O. Box 4346, Dept. 517,    Houston, TX 77210-4346
9064747      +Rush University Medical Center,    Johnson Jones and Snelling,    36 S. Wabash Avenue Suite 1310,
               Chicago, IL 60603-2910
9064748      +William O. Maddocks,    8248 Crestwood Ave.,    Munster, IN 46321-1412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15942403     +E-mail/Text: jczlaw@comcast.net Aug 27 2011 02:08:38      JOEL C ZIMMERMAN & ASSOC LTD,
               18400 MAPLE CREEK DRIVE STE 900,   TINLEY PARK IL 60477-3029
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Bradley J Axel
aty           Torshen, Slobig, Genden, Dragutinovich, & Axel, Lt
aty*         +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 28, 2011**                    **Signature:** _/s/ Joseph Speetjens_