# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
MAC MEDICAL TECHNOLOGIES, INC.   §        Case No. 05-09996
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| BOA | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| TORSHEN SLOBIG GENDEN | | | | | |
| TORSHEN SLOBIG GENDEN | | | | | |
| POPOWCER  KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | DUANE MORRIS, LLP | | | | | |
| 000001 | JOEL C ZIMMERMAN & ASSOC LTD | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 05-09996   CAD   Judge: CAROL A. DOYLE | Trustee Name: ANDREW J. MAXWELL, TRUSTEE |
| Case Name: MAC MEDICAL TECHNOLOGIES, INC. | Date Filed (f) or Converted (c): 03/19/05 (f) |
| | 341(a) Meeting Date: 04/26/05 |
| For Period Ending: 04/17/12 | Claims Bar Date: 03/30/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCT<br>  AMERICAN CHARTERED CHICAGO | 50.00 | 0.00 | | 0.00 | 0.00 |
| 2. A/R | 520.27 | 0.00 | | 0.00 | 0.00 |
| 3. CONTINGENT CLAIM/RUSH PRESBY | 100,000.00 | Unknown | | 0.00 | Unknown |
| 4. 3P COMPLAINT/OMEGA MEDICAL IMAGING | 100,000.00 | Unknown | | 33,000.00 | Unknown |
| 5. OFFICE FURNITURE<br>  DESKS, CHAIRS, AND OTHER OFFICE FURNITURE | 2,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 6. OFFICE EQUIPMENT | 14,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 7. PC-800 M COMPUTER, WORKSTATION 800MHZ | 1,316.00 | 0.00 | DA | 0.00 | 0.00 |
| 8. INVENTORY | 104,356.19 | 0.00 | DA | 0.00 | 0.00 |
| 9. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.33 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $322,242.46 | $0.00 | $33,001.33 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-INVESTIGATE LITIGATION, POSSIBLE ALTER EGO THEORIES AND OTHER LITIGATION

Initial Projected Date of Final Report (TFR): 12/30/06     Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-09996  -CAD | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | MAC MEDICAL TECHNOLOGIES, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4018  Money Market - Interest Bearing |
| Taxpayer ID No: | *******8444 | | | |
| For Period Ending: | 04/17/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/11 | 4 | OMEGA MEDICAL IMAGING INC | SETTLEMENT | 1149-000 | 33,000.00 | | 33,000.00 |
| 01/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.13 | | 33,000.13 |
| 02/08/11 | 000101 | TORSHEN SLOBIG GENDEN | per O/C Special Counsel Fees | 3210-000 | | 11,000.00 | 22,000.13 |
| | | DRAGUTINOVICH & AXEL, LTD. | | | | | |
| | | 105 WEST ADAMS | | | | | |
| | | SUITE 3200 | | | | | |
| | | CHICAGO, IL 60603 | | | | | |
| 02/28/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 22,000.33 |
| 03/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,000.52 |
| 04/29/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 22,000.69 |
| 05/31/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 22,000.88 |
| 06/30/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,001.06 |
| 07/29/11 | 9 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 22,001.24 |
| 08/16/11 | 9 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 22,001.33 |
| 08/16/11 | | Transfer to Acct #*******4953 | Final Posting Transfer | 9999-000 | | 22,001.33 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 33,001.33 | 33,001.33 | 0.00 |
| | Less:  Bank Transfers/CD's | | | 0.00 | 22,001.33 | |
| | Subtotal | | | 33,001.33 | 11,000.00 | |
| | Less:  Payments to Debtors | | | | 0.00 | |
| | Net | | | 33,001.33 | 11,000.00 | |

| | | |
|---|---|---|
| Page Subtotals | 33,001.33 | 33,001.33 |

Ver: 16.06a

FORM 2                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-09996  -CAD | |
| Case Name: | MAC MEDICAL TECHNOLOGIES, INC. | |

| | |
|---|---|
| Taxpayer ID No: | *******8444 |
| For Period Ending: | 04/17/12 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4953  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/16/11 | | Transfer from Acct #*******4018 | Transfer In From MMA Account | 9999-000 | 22,001.33 | | 22,001.33 |
| 09/30/11 | 001001 | TORSHEN SLOBIG GENDEN DRAGUTINOVICH & AXEL, LTD. 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | ATTY FOR TR. EXPENSE (OTHER FIRM) | 3120-000 | | 313.20 | 21,688.13 |
| 09/30/11 | 001002 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) | 3110-000 | | 12,100.42 | 9,587.71 |
| 09/30/11 | 001003 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO,  ILLINOIS 60603 | COMPENSATION - TRUSTEE Final distribution | 2100-000 | | 4,050.13 | 5,537.58 |
| 09/30/11 | 001004 | POPOWCER KATTEN, LTD. 35 E. WACKER DRIVE, SUITE 1550 CHICAGO, IL 60601 | ACCT FOR TRUSTEE FEES | 3410-000 | | 945.00 | 4,592.58 |
| 10/04/11 | 001005 | JOEL C ZIMMERMAN & ASSOC LTD 18400 MAPLE CREEK DRIVE STE 900 TINLEY PARK IL 60477 | Final Distribution | 7100-000 | | 1,130.43 | 3,462.15 |
| 10/04/11 | 001006 | Duane Morris, LLP c/o Rush University Medical Center 190 S LaSalle Street, #3700 Chicago, IL 60603 Attn: Rosanne Ciambrone | Final Distribution | 7100-000 | | 3,462.15 | 0.00 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 7.28 | -7.28 |
| 01/30/12 | | BOA | reversal of bank service fee | 2600-000 | 7.28 | | 0.00 |

Page Subtotals            22,008.61            22,008.61

Ver: 16.06a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Exhibit 9**

Case No:        05-09996  -CAD
Case Name:      MAC MEDICAL TECHNOLOGIES, INC.

Taxpayer ID No:  *******8444
For Period Ending:  04/17/12

Trustee Name:    ANDREW J. MAXWELL, TRUSTEE
Bank Name:       Bank of America, N.A.
Account Number / CD #:   *******4953  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):  $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 22,008.61 | 22,008.61 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 22,001.33 | 0.00 | |
| | | | Subtotal | | 7.28 | 22,008.61 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 7.28 | 22,008.61 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******4018 | 33,001.33 | 11,000.00 | 0.00 |
| Checking Account (Non-Interest Earn - *******4953 | 7.28 | 22,008.61 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 33,008.61 | 33,008.61 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                     0.00                  0.00

Ver: 16.06a